UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

    Plaintiff,

vs.                              CASE NO. 6:24-cv-812-JSS-LHP

**FILA U.S.A., INC., a foreign for-profit corporation**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated:  June 27, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Lead Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email duranandassociates@gmail.com |

By ____*s/ Roderick V. Hannah*_____      By ___*s/ Pelayo M. Duran*_____
    RODERICK V. HANNAH                    PELAYO M. DURAN
    Fla. Bar No. 435384                          Fla. Bar No. 0146595

**ARENTFOX SCHIFF, LLP**
Counsel for Defendant
44 Montgomery Avenue
38th Floor
San Francisco, CA 94104
Telephone: 415.757.5500
Fax: 415.757.5501
Email: catherine.baumgartner@afslaw.com

By */s/ Catherine Baumgartner*_____
    CATHERINE BAUMGARTNER
    Fla. Bar No. 1010634