UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTOR ARIZA,

    Plaintiff,

v.                                                                        Case No: 6:24-cv-812-JSS-LHP

FILA U.S.A., INC.,

    Defendant.
_____/

## ORDER

    The parties filed a Joint Notice of Settlement informing the court that this matter has settled. (Dkt. 12.) Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within 60 days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

    **ORDERED** in Orlando, Florida on July 1, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record